UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

TISHIEKA ANNGENETTA BARNES,

    Plaintiff,

v.                                                  Case No: 5:16-cv-472-Oc-18PRL

COMMISSIONER OF SOCIAL
SECURITY,

    Defendant.
_____

## ORDER

THIS CAUSE concerns Plaintiff Tishieka Anngenetta Barnes's appeal from a final decision of the Commissioner of the Social Security Administration (the "Commissioner") denying her applications for Disability Insurance Benefits ("DIB") and Supplemental Security Income ("SSI") after proceedings before an Administrative Law Judge ("ALJ").[1] On August 31, 2017, Magistrate Judge Philip R. Lammens issued a Report and Recommendation (the "Report and Recommendation") recommending that the Commissioner's decision be affirmed (Doc. 20), to which Barnes filed objections (Doc. 21). The Commissioner did not file a response to Barnes's objections.

The ALJ's findings are supported by substantial evidence, and the ALJ applied the proper legal analysis to Barnes's disability claims. After de novo review of the portions of the Report and Recommendation to which Geer objected, including portions pertaining to medical opinions and the ALJ's analysis of Barnes's diagnoses and impairments, it is hereby **ORDERED** and **ADJUDGED** as follows:

---

[1] The Commissioner filed a certified copy of the record before the Social Security Administration. (*See* Doc. 13.)

1. United States Magistrate Judge Philip R. Lammens' Report and Recommendation (Doc. 20) is **APPROVED** and **ADOPTED** and is made part of this Order for all purposes, including appellate review.

2. The Commissioner's final decision in this case is **AFFIRMED**.

3. The Clerk of the Court is directed to **ENTER JUDGMENT** accordingly and **CLOSE** this case.

**DONE** and **ORDERED** in Orlando, Florida on this _____ day of October, 2017.

G. KENDALL SHARP
SENIOR UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel of Record